In the Matter of the Claim of LUTHER WEBSTER, Appellant, against ROCHESTER ICE AND COLD STORAGE UTILITIES, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim remitted, with costs to the claimant to abide the event, on the authority of *Wilber* v. *Fonda, Johnstown*

& *Gloversville R. R. Co.* (208 App. Div. 249); *Mason* v. *Scheffer* (203 id. 332). Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.